**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS, EQUIPMENT LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 6:13-cv-584 |
| NEC CASIO MOBILE COMMUNICATIONS, LTD., ET AL., | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF AT&T INC.**

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant AT&T Inc. submitted by Plaintiff Cellular Communications Equipment LLC and Defendants AT&T Inc. and AT&T Mobility LLC.

Pursuant to stipulation of the parties, it is hereby ordered that AT&T Inc. is dismissed from this action without prejudice.

**So ORDERED and SIGNED this 18th day of September, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**