**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS, EQUIPMENT LLC, <br><br>   Plaintiff, <br><br> v. <br><br> NEC CASIO MOBILE COMMUNICATIONS, LTD., ET AL., <br><br>   Defendants. | Civil Action No. 6:13-cv-584 <br><br> JURY TRIAL DEMANDED |

**<u>STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT VERIZON COMMUNICATIONS INC.</u>**

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant Verizon Communications Inc. submitted by Plaintiff Cellular Communications Equipment LLC and Defendants Verizon Communications Inc. ("VCI") and Cellco Partnership d/b/a Verizon Wireless.

Pursuant to stipulation of the parties, it is hereby ordered that Defendant Verizon Communications Inc. is dismissed from this action without prejudice.

**So ORDERED and SIGNED this 15th day of October, 2013.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**