**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | |
| Plaintiff, | CIVIL ACTION NO. 6:13-cv-507 |
| v. | CONSOLIDATED LEAD CASE |
| HTC CORP, ET AL., | |
| Defendants. | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | |
| Plaintiff, | CIVIL ACTION NO. 6:13-cv-584 |
| v. | **JURY TRIAL DEMANDED** |
| NEC CASIO MOBILE COMMUNICATIONS, LTD., et al., | |
| Defendants. | |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal. Having considered the Stipulated Dismissal, and finding that good cause exists for granting of the same, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that Civil Action No. 6:13-cv-584 is DISMISSED WITH PREJUDICE as set forth in the Joint Stipulation of Dismissal, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 28th day of January, 2015.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

**So ORDERED and SIGNED this 28th day of January, 2015.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**